Opinion issued December
1, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00998-CR

———————————

In
re MELVIN G. HENRY, Relator



 



 

Original Proceeding on
Petition for Writ of Mandamus



 



 

 

MEMORANDUM OPINION

          Relator, Melvin G. Henry, has filed a
pro se petition for writ of mandamus.  See Tex.
Gov’t Code Ann. § 22.221(b) (Vernon 2004); see also Tex. R. App.
P. 52.1.  In the petition, relator asks
this Court to compel the presiding judge of the 221st District Court of Montogomery
County to rule on his motion for judgment nunc pro tunc.

 

A court of appeals has jurisdiction
to issue writs of mandamus against a “judge of a district or county court in
the court of appeals district.”  Tex. Gov’t Code Ann. § 22.221(b)(1).  Montgomery County is not within our appellate
district.  See id. § 22.201(b) (Vernon Supp. 2011).  Montgomery County is within the Ninth Court of
Appeals’s district.  Id. § 22.201(j).  Because Montgomery
County is not in our appellate district, we have no authority to issue a writ
of mandamus directed at the presiding judge of the 221st District Court.

Accordingly, relator’s petition for
writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Keyes, Higley, and Massengale.

Do not
publish.   Tex. R. App. P. 47.2(b).